UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT LEPORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>JASON ROEBUCK, et al.,<br><br>                    Defendants. | Civil Action No. 20-13113 (FLW) (RLS)<br><br>**ORDER OF DESIGNATION<br>FOR MEDIATION** |

THE Court having reviewed the matter, and it appearing that mediation of this civil action would conserve the resources and be in the best interests of the parties and the Court; and for good cause shown;

**IT IS, THEREFORE,** on this 6th day of September 2022,

**ORDERED** that:

1. This civil action be, and hereby is, referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator, the Hon. Eugene Serpentelli, J.S.C. (ret.), whom they have selected.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. The mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be constructed as an admission against interests.

5. The parties shall provide the Court with a written status update concerning the mediation of this matter no later than **September 27, 2022**.

6. All proceedings in this matter, except for discovery as agreed to by the mediator and counsel, are stayed until **September 27, 2022**.

1

2

7. The Clerk of the Court is directed to administratively terminate this Action pending the mediation.

**SO ORDERED.**

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**

2